

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00904-CV |
| Style: | Gramercy Advisors, LLC, et al. |
| | **v** R.K. Lowry, Jr., et al. |
| Date motions filed[*]: | December 29, 2014 |
| Type of motions: | Daniel M. Hibshoosh's motion for admission pro hac vice; Motion in support of Daniel M. Hibshoosh's motion for admission pro hac vice |
| Party filing motions: | Daniel M. Hibshoosh; Gramercy Advisors, LLC, Gramercy Asset Management, LLC, Gramercy Local Markets Recovery Fund, LLC, and Gramercy Financial Services, LLC |
| Document to be filed: | |

Is appeal accelerated?     No

Ordered that motions are:

☑ Granted

If document is to be filed, document due:

☐ The Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

_____

_____

Judge's signature: /s/ Chief Justice Sherry Radack
              ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date:  December 30, 2014

November 7, 2008 Revision